# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
Rev. 10/10          UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| FILED |
| --- |
| Vanessa L Armstrong, Clerk |
| Jun 20 2019 |
| U.S. District Court |
| Western District of Kentucky |

Terry Lee Gregory

_____

(Full name of the Plaintiff(s) in this action)

v.

Jeff Coomes

_____

_____

_____

_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 4:19-CV-67-JHM
(To be supplied by the clerk)

( ✓ ) DEMAND FOR JURY TRIAL

( __ ) NO JURY TRIAL DEMAND
(Check only one)

## I.    PARTIES

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Terry Lee Gregory

Place of Confinement: Daviess County Detention Center

Address: 3337 Highway 144 East Owensboro, Ky 42303

Status of Plaintiff: CONVICTED ( __ )   PRETRIAL DETAINEE ( ✓ )

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___)    PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___)    PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant ___Jeff Coomes___ is employed as ___Head Sheriff___ at ___McLean County Sheriff Dpt.___

The Defendant is being sued in his/her (✔) individual and/or (✔) official capacity.

(2) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(5)  Defendant _____ is employed

as _____ at _____ .

The Defendant is being sued in his/her (____) individual and/or (____) official capacity.

## II.    PREVIOUS LAWSUITS

(A)  Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (____) NO (✔)

(B)  If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s):    _____

_____

Defendant(s):    _____

_____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):

_____

Approximate date of filing lawsuit:_____

Approximate date of disposition: _____

3

## III.    STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.  However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

① On May 7th 10P.M I knocked on my friends door in McLean County (425 west 4th Street Sacramento, Ky.) I was greeted by a drunk officer, (Sheriff Jeff Coomes to wich I have a witness), VIOLATED MY Constitutional Right by searching me with out my consent and without me waiving Any of my constitutional Rights. I was restrained by force by Coomes And another officer. my money was stolen, as during check-in at DCDC I only had $0.72 in my property from $243.00 wich also was witnessed by my friend because the other officer asked of my knowledge of the amount as I was quite sure because I had my passenger count it enroute to Sacramento, Ky. I Just purchased a new brake..

② My rights of life was violated as Sheriff Jeff Coomes threatened me with death. While he was placing me under arrest, I was in a very respect-ful manner, attempting to again explain my reason for being there wich was to collect my 3rd Row seat from my friend, he Placed his hand on his gun as if to unhulster it and Said to me "VERBADOM": If YOU DONT TURN AROUND AND SHUT THE F#@K UP, I WILL PUT

## III. STATEMENT OF CLAIM(S) continued

A BULLET IN YOUR GOD DAMNED HEAD!.... I Also have a
witness to that as well. ③ My right to free express my
thoughts and opinions was also violated as par the
mini meranda states:.... I have the right to remain
silent, anything "I SAY" can be used against me in
the court of law etc. Coomes was fired from Louisville
P.D. for killing a young African American in 2004 shooting him in the
back. He was then Hired and fired from Bardstown police force
for harrasment, racial profiling and other insubordinations. He came
to Daviees County and was also fired from his duties as
well and now is the Head Sheriff in McLean County.

Coomes operates disgracefuly at minimul to zero
integrity and professionalism. It is of a great Concern for me
~~that officer~~ that Jeff Coomes has the position he
sits as, with the documented history of insubordinations.

5

May 7th 2019 a little after 10 A.M. I arrived with my friend Colleen at 435 west 4th street in Sacremento, Ky. Totally UNAWARE of a search warrant being executed at my time of arrival. we parked ON the property, and we both exited the van. There was no sign or any kind of indicators of ANY police activity going on inside of the home. We both climbed the deck with spanned at the least, 1/3 of the rear of the residence. On my 2nd attempt to alert my friend, John Boing of my expected arrival, Jeff Coomes answered. I noticed right away that Coomes was sweating very perfusly. He and a younger cocky mannered officer joined us on the rear deck and with out my consent, forcefully searched me OUTSIDE on the deck in the back yard. When Coomes began asking me questions; "who am I there to see"; "what is my business there" and he also asked me if I liked to fly drones which I answered yes. It was when he was asking me those questions I smelled the strong stinch of alchohol on his breath. The younger cocky officer asked if I knew how much money I had in my pocket which I responded with a yes and the amount, $243. I had Colleen count it because I had just recently bought a new drone, she can AND WILL TESTIFY UNDER OATH TO

money which, was not in my property during Booking in DCDC. only $0.78 and my I-D minus my wallet. They stole my money, towed the vehicle we came in, which was the only vehicle towed from "on the property" by the way and took my phone into evidence which was in the van charging for it's initial use. Coomes and the other officer mentioned my two laptops in conversation. After the pat-down I didn't consent to, another officer come from side of the house with what looked like a blue yo-yo without the string and said we got it sir. Coomes cuffed me and started reciting my rights. Hands behind my back & I started to reassure him, what ever he found was not mine and that I was there to retrieve my seat, motioning with my head towards he shed which had my property. Coomes turned to me and said to me with such a hate toned voice VERBADUM: "If you dont shut the fu#k up, and turn around, I will put a bullet in your god damn head." (Colleen witnessed the whole thing.) hand on his gun as if he was gonna unholster it. I don't know what Colleen said to Coomes but he spun around and snatched her cuffed hands up from her lap, and over and behind her head and told her that he would take every fucking

every one else. Sweating really heavy, stomp
-ing through the home yelling to every one about
staying out of his a/town once we get out of the
penetentiary. Melanie Belle also witnessed the
alchohol breath of Coomes PLUS TWO OTHERS, and
only smelled it on Coomes.

Jeff Coomes was fired from Louisville P.D.
for murdering a young african american
between 2001-2005 shooting him in the back while
on duty .... He was fired from his next law enforce
-ment job in bardstown, as a detective for Racial
profiling, intimidation, planting evidence etc. This is
all documented! Next he was fire from Recent Owensboro
Ky Police Department as detective also for reasons
of the same nature and now he is the head
sheriff in McLean County.... Jeff Coomes
operates with little to no integrity and profession
-alsm.

Coomes has made false statements in
relation to the events that took place May 7th, he
and his colleagues stole my money, planted

※ Page 3 of 4 ♪♪♪

evidence, threatend my life, intimidated me and my friend, threated disorderly conduct to Colleen by removing her clothes if he chose her. Once Cooms took us to McLean County holding cell, he left the transport van, with the windows rolled up and the heat on full blast for a time in excess of an hour and EVERYONE CAN TESTIFY To That. I currently have sent out my civil complaint form to 423 Frederica St O'boro, Ky County clerks office and I Am SUEING Jeff Coomes And McLean County. For this reason I also am going to file for a change of venue to assure I receive a fair trial. And yes, I AM TAKING This to TRIAL... I really feel like me being the african american had a little to do with alot. Thankfully

Terry Bregory inmate: 197000

3337 Highway 144 East (current address)

Owensboro, Ky 42303 &

630 Hathaway Street (home address)

Owensboro, Ky 42303

Page 4 of 4 )))))

#7

The major expected changes in my income will be from my very recent establishment of business in Daviess County, as Seqtack Water Falls registered March of 2019, and another one soon to be registered upon my release as Plus Ultra Aerial Photography.

## IV.  RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

_✓_  award money damages in the amount of $ _$1,024.72_ .

_✓_  grant injunctive relief by _Droping All charges against me, Terminating Coome employment from current Position and banning him from attaining Any Position od law enforcement_

_✓_  award punitive damages in the amount of $ _maximun alowable by Courts_

_✓_  other: _Want a verble and written apology from Jeff Coomes_

## V.  DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _11_ day of _June_ , 20_19_

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _6-11-19_ .

_____
(Signature)

6

Tony Gregory
3337 Highway 1402
Owensboro, Ky 42303

EVANSVILLE IN 476
18 JUN 2019 PM 2
FOREVER USA

Barn Swallow

2nd half

Daviess County Clerks office
423 Frederica Street Suite 126
Owensboro, Ky 42301

42301-3092